OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

January 5, 2023

TELEPHONE

215-597-2995

James M. Trusty
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006


RE: USA v. Benjamin Gutman
Case Number: 22-3356
District Court Case Number: 1-20-cr-00298-002

Dear Counsel:

Pursuant to our docketing letter dated **December 19, 2022**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**
Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936

cc: Carlo D. Marchioli, Esq.